No. 9774. STATE OF MONTANA ex rel. LEE SMART and K. M. BRIDENSTINE, Next Friend, RELATORS AND PLAINTIFFS, v. The Honorable THE DISTRICT COURT of the NINTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF TETON, and the HONORABLE R. M. HATTERSLEY, , the Judge thereof, RESPONDENTS AND DEFENDANTS.

304 Pac. (2d) 924.

Decided Dec. 22, 1956.

*Charles V. Huppe,* Helena, *K. M. Bridenstine,* Choteau, for Relators.

Per Curiam.

Mandamus. It is ordered that the petition of the relator for a Writ of Mandate to be directed to the respondent District Court and Judge, commanding them to dismiss the information now on file in the respondent District Court against the relator, Lee Smart, accusing him of the crime of murder, is denied without prejudice. It is so ordered.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANDERSON, and DAVIS, concur.

MR. JUSTICE BOTOMLY:

I think the Writ should issue.